**HARTFORD COUNTY, SEPTEMBER TERM, A. D. 1788.**

TUTTLE v. BIGELOW.

Forbearance a good consideration of a promise to bind the promisor in a note to pay the money to the assignee, notwithstanding a discharge from the promisee who is bankrupt.

WRIT OF ERROR, to reverse a judgment of the County Court, in an action of assumpsit, declaring, that for a valuable consideration, one S. Crow assigned to him a note against said Bigelow for a quantity of rum, to be delivered at New Haven some time in February; that when said note became due he applied to the defendant for the pay, and informed him of said assignment; and the defendant, not then having the rum, requested the plaintiff to wait on him until June then next, to receive the rum at Hartford, to which proposal and request of the defendant the plaintiff consented and agreed; and the defendant then and there in consideration thereof assumed and promised to pay and deliver said rum, due on said note to the plaintiff, at Hartford aforesaid, on the     day of June aforesaid; which promise the defendant hath never performed, but to defraud the plaintiff hath since his said promise, obtained from said Crow a discharge of said note, who then was and now is a bankrupt and well known to be such by the defendant — damage, etc.

Plea, nonassumpsit; and verdict for the plaintiff. And the defendant moved in arrest; the insufficiency of the

Bugbee v. Abbot.

declaration — and judgment was arrested by the County Court.

Error assigned — That the County Court ought not to have arrested said judgment; for that said declaration was sufficient.

And the judgment of the Superior Court is — That there is manifest error in the judgment complained of, for the agreement to give forbearance to June, and to accept the rum at Hartford, on the request of the defendant, is a good consideration of the promise.